UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ALBERT STAFFORD,**

　**Petitioner,**

**v.**　　　　　　　　　　　　　　　　Case No. 3:23-cv-7939-TKW-MJF

**RICKY D. DIXON,**

　**Respondent.**

_____/

# ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 11). No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determinations that no evidentiary hearing is required for the disposition of this matter; that Petitioner's claims cannot be raised in a §2254 habeas petition; and that a certificate of appealability is not warranted. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The petition for writ of habeas corpus (Doc. 1) challenging Stafford's disciplinary conviction in DR Log #115-230009 is **DISMISSED without prejudice**.

Page 1 of 2

3.   A certificate of appealability is **DENIED**.

4.   The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 16th day of October, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**